IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| GENERAL HOLDING, INC., | ) | C/A NO. 2:06-CV-01121-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES CATHCART; YURI DEBEVC; SCOTT CATHCART; DERIVIUM CAPITAL USA, INC.; VERIDIA SOLUTIONS, LLC; WITCO; OPTECH, LTD.; SHENANDOAH HOLDINGS, LTD.; SPENCER PARTNERS, LTD.; THE JEEVES GROUP; JEEVES HOLDINGS, LTD.; BRYAN JEEVES; ALEXANDER BRYAN JEEVES; PAUL ANTHONY JARVIS; NIGEL HARLEY WOOD; and COLIN BOWEN; | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER GRANTING PLAINTIFF'S JOINT MOTION FOR A DETERMINATION OF FINALITY OF JUDGMENTS AGAINST CERTAIN DEFENDANTS |
| Defendants. | ) ) | |

**THIS MATTER** comes before the Court upon the joint motion of Plaintiffs Kevin Campbell, Chapter 7 Trustee of the Estate of Derivium Capital, LLC; Alan M. Grayson and The AMG Trust; General Holding, Inc.; Robert & Melanie Sabelhaus; Newton Family, LLC; and WCN/GAN Partners, Ltd. ("Plaintiffs") for an express determination that there is no just reason to delay in entering final judgments against certain defendants, pursuant to Fed. R. Civ. P. 54(b).

**IT APPEARS** to the satisfaction of the Court that there is no just reason to delay in entering final judgments as to those defendants against whom default judgments have been obtained by Plaintiff General Holding, to wit judgments against:

Defendant Shenandoah Holdings, Ltd., February 5, 2007, Entry No. 155

Defendant Optech, Ltd., October 12, 2007, Entry No. 257

Defendants The Jeeves Group, Jeeves Holdings, Ltd., Bryan Jeeves, and Alexander Bryan Jeeves, June 12, 2008, Entry No. 316

IT FURTHER APPEARS to the satisfaction of the Court that there is no just reason to delay in entering final judgments as to those defendants who participated in the month-long trial before this Court that commenced on February 2, 2009 and against whom judgments have been obtained by Plaintiff General Holding, to wit judgments against:

Defendants Charles Cathcart, Yuri Debevc, Veridia Solutions, LLC, and Dervium Capital USA, Inc., November 24, 2009, Entry No. 566.

**IT IS HEREBY ORDERED** Plaintiff's motion be GRANTED, and that the above-listed judgments are final and appealable under Fed. R. Civ. P. 54(b).

**IT IS FURTHER ORDERED** that this Order be deemed effective *nunc pro tunc* to the respective dates of entry of each of the above-listed judgments.

**AND IT IS SO ORDERED**.

_____
The Honorable David C. Norton

Charleston, South Carolina
April 28, 2010